# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER WHITE** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:16-cv 05620 |
| | ) |
| **COLORADO TECHNICAL UNIVERSITY,** | ) |
| | ) |
| **Defendant.** | ) |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/Terance Gonsalves* | */s/ Amy L. Bennecoff Ginsburg* |
| Terance Gonsalves, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Steptoe & Johnson LLP | Kimmel & Silverman, P.C. |
| 115 South LaSalle Street | 30 East Butler Pike |
| Suite 3100 | Ambler, PA 19002 |
| CHICAGO, IL 60603 | Phone: 215-540-8888 |
| 312-577-1320 | Fax: 877-788-2864 |
| Email: tgonsalves@Steptoe.com | Email: aginsburg@creditlaw.com |
| | Attorney for Plaintiff |
| | |
| Date: May 30, 2017 | Date: May 30, 2017 |

BY THE COURT:

_____

Judge Anita B. Brody

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 30th day of May, 2017:

Terance Gonsalves, Esq.
Steptoe & Johnson LLP
115 South LaSalle Street
Suite 3100
CHICAGO, IL 60603
312-577-1320
Email: tgonsalves@Steptoe.com

Adam G. Silverstein , Esq.
Fox Rothschild
2700 Kelly Road
Suite 300
Warrington PA 18976
215-345-7500
Fax: 215-299-2150
Email: asilverstein@foxrothschild.com

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsbrg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email:aginsburg@creditlaw.com
Attorney for the Plaintiff